UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEVAUGHN CHRISTOPHER DORSEY,<br><br>　　　　　　　Defendant. | CASE NO. MJ08-236<br><br>DETENTION ORDER |

Offense charged:

　　Conspiracy to Commit Trafficking in Motor Vehicles or Motor Vehicle Parts

Date of Detention Hearing: 05/27/08

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Upon the advice of defense counsel, defendant declined to be interviewed by this court's pretrial services officer.

(2) Defendant and his counsel did not contest entry of an order of detention.

(3) Defendant has been unemployed since his release from the halfway house in November of 2007. He was told to participate in an employment workshop, but he missed two of the sessions and was described as "going through the motions."

(4) He admits to past use of cocaine, marijuana and alcohol, and to addiction to cocaine.

(5) He has an extremely lengthy criminal record, comprising 12 pages in the pretrial services report. He has had numerous failures to appear. He has been booked into King County Jail 54 times since 1993, and there have been 125 warrants for his arrest.

(6) He is associated with the use of 35 alias names, seven dates of birth, and six Social Security numbers.

(7) He is the respondent on various no-contact orders, and is listed as armed and dangerous.

(8) Defendant is subject to revocation of supervised release on an earlier conviction in this court.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1    (3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

5    (4)   The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of May, 2008.

_____
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)